# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., §§§§§§§§§§ | |
| Plaintiffs, | CIVIL CASE NO. 6:13-cv-626-RWS<br>**Consolidated Lead Case** |
| v. | JURY TRIAL DEMANDED |
| AVG TECHNOLOGIES USA, INC., | |
| Defendant. | |

## NOTICE OF IPR DECISIONS CONCERNING THE PATENT-IN-SUIT

Uniloc USA, Inc. and Uniloc Luxembourg SA ("Uniloc") hereby submits this notice to inform the Court of the disposition of the following *inter-partes* review proceedings for United States Patent No. 5,490,216 (the patent-in-suit):

- **Proceeding number IPR2015-01207** (*Kofax, Inc. v. Uniloc USA, Inc, et al*): proceeding ordered terminated.

- **Proceeding number IPR2016-00414** (*Ubisoft, Inc., Zebra Technologies Corporation, and Cambium Learning Group, Inc. v. Uniloc USA, Inc, et al*): motion for joinder denied; petition for inter partes review denied as to all challenged claims and all grounds; no trial instituted

- **Proceeding number IPR2016-00427** (*SEGA of America, Inc v. Uniloc USA, Inc, et al*): motion for joinder denied; petition for inter partes review denied as to all challenged claims and all grounds; no trial instituted

Attached as Exhibits A-C are the Patent Trial and Appeal Board decisions on June 2, 2016 corresponding to each of the above.

Dated:  June 2, 2016 	/s/ James L. Etheridge

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 2, 2016.

/s/ James L. Etheridge
James L. Etheridge