**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AVG TECHNOLOGIES USA, INC.,<br><br>　　　Defendant. | §<br>§<br>§ CIVIL CASE NO. 6:13-cv-626-RWS<br>§ **Consolidated Lead Case**<br>§<br>§<br>§ JURY TRIAL DEMANDED<br>§ Member Case No. 6:14-cv-424-RWS<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**

　　　Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Uniloc") and Defendant Embarcadero Technologies, Inc. ("Embarcadero") stipulate, subject to the approval of the Court, that:

　　　1.　　Any and all claims and/or counterclaims by Uniloc and Embarcadero against one another are dismissed with prejudice from the lead case and member case.

　　　2.　　Uniloc and Embarcadero shall each bear their own attorney's fees, expenses and costs.

　　　3.　　Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: July 21, 2016　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/James L. Etheridge*
　　　　　　　　　　　　　　　　　　　　　　James L. Etheridge

        Texas State Bar No. 24059147
        Ryan S. Loveless
        Texas State Bar No. 24036997
        Brett A. Mangrum
        Texas State Bar No. 24065671
        ETHERIDGE LAW GROUP, PLLC
        2600 E. Southlake Blvd., Suite 120 / 324
        Southlake, Texas 76092
        Telephone: (817) 470-7249
        Facsimile: (817) 887-5950
        jim@etheridgelaw.com
        ryan@etheridgelaw.com
        brett@etheridgelaw.com

        **Counsel for Plaintiffs**

        */s/ Steven J. Mitby*
        Steven J. Mitby
        Texas Bar No. 24037123
        Fed. Bar No. 33591
        smitby@azalaw.com
        Scott Clark
        Texas Bar No. 24007003
        sclark@azalaw.com
        AHMAD, ZAVITSANOS, ANAIPAKOS,
         ALAVI & MENSING P.C.
        1221 McKinney Street, Suite 2500
        Houston, TX 77010
        Telephone: 713-655-1101
        Facsimile: 713-655-0062

        ***Attorneys for Defendant Embarcadero***
        ***Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

 I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on July 21, 2016.

        */s/ James L. Etheridge*
        James L. Etheridge