# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. | § § § |
| Plaintiffs, | § CIVIL CASE NO. 6:13-cv-626-RWS § **Consolidated Lead Case** § |
| v. | § JURY TRIAL DEMANDED § Member Case No. 6:14-cv-577-RWS |
| ZEBRA TECHNOLOGIES CORPORATION, | § § FILED UNDER SEAL § |
| Defendant. | |

## JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A (collectively, "Uniloc") and Defendant Zebra Technologies Corporation ("Zebra") have agreed to settle this matter and request dismissal.

NOW, THEREFORE, Uniloc and Zebra stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by Uniloc and Zebra against one another are dismissed with prejudice from the lead case and member case.

2. Uniloc and Zebra shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: October 19, 2016                    Respectfully submitted,

                                                                   By: */s/James L. Etheridge*
                                                                   James L. Etheridge
                                                                  Texas State Bar No. 24059147
                                                                  Ryan S. Loveless
                                                                   Texas State Bar No. 24036997
                                                                  Brett A. Mangrum
                                                                  Texas State Bar No. 24065671
                                                                  ETHERIDGE LAW GROUP, PLLC
                                                                  2600 E. Southlake Blvd., Suite 120 / 324
                                                                  Southlake, Texas 76092
                                                                  Telephone: (817) 470-7249
                                                                  Facsimile: (817) 887-5950
                                                                  jim@etheridgelaw.com
                                                                  ryan@etheridgelaw.com
                                                                  brett@etheridgelaw.com

                                                                 **Counsel for Plaintiffs**

                                                                 */s/ Michelle Lyons Marriott*
                                                                  Michelle Lyons Marriott
                                                                 Erise IP, PA – Overland Park
                                                                6201 College Blvd, Suite 300
                                                                Overland Park, KS 66211
                                                                913-777-5600
                                                                Fax: 913-777-5601
                                                                michelle.marriott@eriseIP.com

                                                                *Attorneys for Zebra Technologies Corporation*

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on October 19, 2016.

                                                                         */s/ James L. Etheridge*
                                                                          James L. Etheridge