**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. | § | |
| | § | CIVIL CASE NO. 6:13-cv-626-RWS |
| Plaintiffs, | § | **Consolidated Lead Case** |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | Member Case No. 6:14-cv-422-RWS |
| AVG TECHNOLOGIES USA, INC., | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Uniloc") and Defendant Code42 Software, Inc. ("Code42") stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by Uniloc and Code42 against one another are dismissed with prejudice from the lead case and member case.

2. Uniloc and Code42 shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: November 17, 2016

Respectfully submitted,

*By: /s/James L. Etheridge*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671

ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
jim@etheridgelaw.com
ryan@etheridgelaw.com
brett@etheridgelaw.com

**Counsel for Plaintiffs**

*/s/ Charles W. Goehringer, Jr.*
Charles W. Goehringer, Jr.
(TX Bar # 00793817)
GERMER PLLC
550 Fannin Street, Suite 400
Beaumont, TX 77701
Tel: (409) 654-6700
Fax: (409) 835-2115
cwgoehringer@germer.com

Jake M. Holdreith (MN Bar No. 211011)
(Eastern District of Texas Member)
Alyssa N. Lawson (CA Bar No. 267107)
(Pro Hac Vice)
ROBINS KAPLAN LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
jholdreith@robinskaplan.com
alawson@robinskaplan.com

***Attorneys for Defendant Code42 Software, Inc.***

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on November 17, 2016.

*/s/ James L. Etheridge*
James L. Etheridge