**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **AVG TECHNOLOGIES USA, INC.** | § § § § § § § § | **CASE NO. 6:13-cv-0626** <br> **PATENT CASE** |
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **SEGA OF AMERICA, INC.** | § § § § § § § | **CASE NO. 6:13-cv-0627** <br> **PATENT CASE** |
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **UBISOFT, INC.** | § § § § § § § | **CASE NO. 6:13-cv-0628** <br> **PATENT CASE** |
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **VALVE CORPORATION** | § § § § § | **CASE NO. 6:13-cv-0629** <br> **PATENT CASE** |
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **COMODO GROUP, INC., ET AL** | § § § § § § | **CASE NO. 6:13-cv-0794** <br> **PATENT CASE** |
| **UNILOC LUXEMBOURG S.A., ET AL.** <br><br> V. <br><br> **KASPERSKY LAB, INC.** | § § § § § § § | **CASE NO. 6:13-cv-0795** <br> **PATENT CASE** |

| | | |
|---|---|---|
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § § | **CASE NO. 6:13-cv-0796 PATENT CASE** |
| **V.** | | |
| **PARALLELS, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:13-cv-0797 PATENT CASE** |
| **V.** | | |
| **ROCKSTAR GAMES, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:13-cv-0798 PATENT CASE** |
| **V.** | | |
| **TREND MICRO, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:14-cv-0415 PATENT CASE** |
| **V.** | | |
| **ARCSOFT, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:14-cv-0416 PATENT CASE** |
| **V.** | | |
| **ABLETON, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:14-cv-0417 PATENT CASE** |
| **V.** | | |
| **ACRONIS, INC.** | | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § § § § § | **CASE NO. 6:14-cv-0418 PATENT CASE** |
| **V.** | | |
| **ALTOVA, INC.** | | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
| V. | § | CASE NO. 6:14-cv-0419 |
|  | § | PATENT CASE |
| CAMBIUM LEARNING GROUP, INC. | § | |
|  | § | |
|  | § | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
|  | § | |
| V. | § | CASE NO. 6:14-cv-0420 |
|  | § | PATENT CASE |
|  | § | |
| CANON U.S.A., INC. | § | |
|  | § | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
|  | § | |
| V. | § | CASE NO. 6:14-cv-0421 |
|  | § | PATENT CASE |
| CHIEF ARCHITECT, INC. | § | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
| V. | § | CASE NO. 6:14-cv-0422 |
|  | § | PATENT CASE |
| CODE 42 SOFTWARE, INC. | § | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
|  | § | |
| V. | § | CASE NO. 6:14-cv-0423 |
|  | § | PATENT CASE |
|  | § | |
| EDGEWATER MARINE INDUSTRIES, INC. | § | |

| UNILOC LUXEMBOURG S.A., ET AL. | § | |
|---|---|---|
|  | § | |
| V. | § | CASE NO. 6:14-cv-0424 |
|  | § | PATENT CASE |
|  | § | |
| EMBARCADERO TECHNOLOGIES, INC. | § | |
|  | § | |

| | |
|---|---|
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| V. | § **CASE NO. 6:14-cv-0424** <br> § **PATENT CASE** |
| **EMBARCADERO TECHNOLOGIES, INC.** | § <br> § <br> § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| V. | § **CASE NO. 6:14-cv-0425** <br> § **PATENT CASE** |
| **ENCORE SOFTWARE, INC.** | § <br> § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| V. | § **CASE NO. 6:14-cv-0426** <br> § **PATENT CASE** |
| **JUNIPER NETWORKS, INC.** | § <br> § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| V. | § **CASE NO. 6:14-cv-0427** <br> § **PATENT CASE** |
| **KOFAX, INC.** | § <br> § <br> § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| V. | § **CASE NO. 6:14-cv-0428** <br> § **PATENT CASE** |
| **NATIVE INSTRUMENTS NORTH AMERICA, INC.** | § <br> § <br> § |

| | | |
|---|---|---|
| **UNILOC LUXEMBOURG S.A., ET AL.** | § | |
| V. | § | **CASE NO. 6:14-cv-0429** |
| | § | **PATENT CASE** |
| **PERFECT WORLD ENTERTAINMENT, INC.** | § § § | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § | |
| V. | § | **CASE NO. 6:14-cv-0430** |
| | § | **PATENT CASE** |
| **TLM, INC.** | § § § | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § | |
| V. | § | **CASE NO. 6:14-cv-0570** |
| | § | **PATENT CASE** |
| **AVANQUEST NORTH AMERICA, INC.** | § § § | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § | |
| V. | § | **CASE NO. 6:14-cv-0571** |
| | § | **PATENT CASE** |
| **BROCADE COMMUNICATION SYSTEMS, INC.** | § § § | |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § | |
| V. | § | **CASE NO. 6:14-cv-0572** |
| | § | **PATENT CASE** |
| **COREL, INC.** | § § § | |

| | |
|---|---|
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| **V.** | § **CASE NO. 6:14-cv-0573** |
| | § **PATENT CASE** |
| **DRS TECHNOLOGIES, INC.** | § |
| | § |
| | § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| **V.** | § **CASE NO. 6:14-cv-0574** |
| | § **PATENT CASE** |
| **RAPID7, LLC** | § |
| | § |
| | § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| **V.** | § **CASE NO. 6:14-cv-0575** |
| | § **PATENT CASE** |
| **SDL INTERNATIOAL AMERICA INCORPORATED** | § |
| | § |
| | § |
| **UNILOC LUXEMBOURG S.A., ET AL.** | § |
| **V.** | § **CASE NO. 6:14-cv-0576** |
| | § **PATENT CASE** |
| **ZEBRA TECHNOLOGIES CORPORATION** | § |
| | § |
| | § |

## **FINAL JUDGMENT**

Each defendant in this consolidated lead case has been dismissed. *See* **Dkt. 152** (dismissing AVG Technologies, lead case 6:13-cv-0626, on July 13, 2018); **Dkt. 142** (dismissing SEGA of America, Inc., member case 6:13-cv-0627, on May 24, 2018); **Dkt. 141** (dismissing Ubisoft, Inc., member case 6:13-cv-0628, on May 24, 2018); **Dkt. 100** (dismissing Valve Corporation, member case 6:13-cv-629, on January 5, 2017); **Dkt. 146** (dismissing Comodo defendants., member case 6:13-cv-0794, May 31, 2018 **Dkt. 159** (dismissing Kaspersky Lab, member case 6:13-cv-0795, on September 10, 2018); **Dkt. 134** (dismissing Parallels, Inc., member case 6:13-cv-796, on May 9, 2018); **Dkt. 32** (dismissing Rockstar Games, Inc., member case 6:13-cv-797, on June 25, 2014); **Dkt. 133** (dismissing Trend Micro Incorporated, member case 6:13-cv-798, on May 9, 2018); **Dkt. 131** (dismissing ArcSoft, Inc., member case 6:14-cv-0415, on May 9, 2018); **Dkt. 135** (dismissing Ableton, Inc., member case 6:14-cv-0416, on May 10, 2018); **Dkt. 144** (dismissing Acronis, Inc., member case 6:14-cv-0417, on May 29, 2018); **Dkt. 150** (dismissing Altova, Inc., member case 6:14-cv-0418, on July 9, 2018); **Dkt. 123** (dismissing Cambium Learning Group, member case 6:14-cv-0419, on May 2, 2018); **Dkt. 132** (dismissing Canon U.S.A., Inc., member case 6:14-cv-0420, on May 9, 2018); **Dkt. 104** (dismissing Chief Architect, Inc., member case 6:14-cv-0421, on March 1, 2017); **Dkt. 95** (dismissing Code 42 Software, Inc., member case 6:14-cv-0422, on November 18, 2016); **Dkt. 121** (dismissing Edgewater Marine Industries, member case 6:14-cv-0423, on May 2, 2018); **Dkt. 92** (dismissing Embarcadero Technologies, Inc., member case 6:14-cv-0424, on August 9, 2016); **Dkt. 155** (dismissing Encore Software, Inc., member case 6:14-cv-0425, on August 13, 2018); **Dkt. 138** (dismissing Juniper Networks Inc., member case 6:14-cv-0426, on May 22, 2018); **Dkt. 124** (dismissing Kofax, Inc., member case 6:14-cv-0427, on May 2, 2018); **Dkt. 157** (dismissing Native Instruments North America, Inc., member case 6:14-cv-0428, on August 15, 2018); **Dkt. 99** (dismissing Perfect World Entertainment, member case 6:14-cv-0429, on January 5, 2017; **Dkt. 102** (dismissing TLM, Inc., member case 6:14-cv-0430, on

February 8, 2017); **Dkt. 118** (dismissing Avanquest North America, Inc., member case 6:14-cv-0570, on May 2, 2018); **Dkt. 148** (dismissing Brocade Communications Systems, member case 6:14-cv-571, on June 12, 2018); **Dkt. 119** (dismissing Corel, Inc., member case 6:14-cv-0572, on May 2, 2018); **Dkt. 120** (dismissing DRS Technologies, Inc., member case 6:14-cv-0573, on May 2, 2018); **Dkt. 136** (dismissing Rapid7, LLC member case 6:14-cv-0574, on May 10, 2018); **Dkt. 122** (dismissing SDL International America, member case 6:14-cv-0575, on May 2, 2018); and **Dkt. 94** (dismissing Zebra Technologies Corporation, member case 6:14-cv-0577, on October 26, 2016).

Accordingly, it is ORDERED, ADJUDGED and DECREED that all claims, counterclaims, and third-party claims in each of the Consolidated Cases be DISMISSED in their entirety with each party to bear its own costs, attorneys' fees, and expenses. All relief not previously granted is hereby DENIED.

The Clerk of the Court is directed to close this case.

**SIGNED this 9th day of October, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE